1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2  JOANN SWANSON (CSBN 88143)
   Acting Chief, Civil Division
3  CHINHAYI J. COLEMAN (CSBN 194542)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102
       Telephone: (415) 436-7073
6      FAX: (415) 436-6748

7  Attorneys for Defendant SPENCER ABRAHAM, Secretary, U.S. Department of Energy

8
                       UNITED STATES DISTRICT COURT
9
                     NORTHERN DISTRICT OF CALIFORNIA
10
                            SAN FRANCISCO DIVISION
11

12 MARGARET CARROLL,                    )   No. C 02-1063 JSW
                                        )
13         Plaintiff,                   )   STIPULATION AND [PROPOSED]
                                        )   ORDER FOR DISMISSAL WITH
14     v.                               )   PREJUDICE
                                        )
15 SPENCER ABRAHAM, Secretary, U.S.     )
   Department of Energy                 )
16                                      )
           Defendant.                   )
17 _____ )

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
C 02-1063 JSW

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), Plaintiff Margaret Carroll and Defendant Spencer Abraham, Secretary, U.S. Department of Energy, stipulate to the dismissal with prejudice of Margaret Carroll v. Spencer Abraham, C 02-1063 JSW. Each party will bear its own costs.

Dated: June 14, 2005

/s/ Dorothy Guillory
DOROTHY GUILLORY
Attorney for Plaintiff

Dated: June 15, 2005

KEVIN V. RYAN
United States Attorney

/s/ Chinhayi J. Coleman
CHINHAYI J. COLEMAN
Assistant United States Attorney

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 20, 2005

/s/ Jeffrey S. White
JEFFREY S. WHITE
United States District Judge

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
C 02-1063 JSW

1